UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Law Offices
HONIG & GREENBERG, L.L.C.
By: Adam D. Greenberg, Esq.
1949 Berlin Road, Suite 200
Cherry Hill, N.J. 08003-3737
(856) 770-0990
Attorneys for American Tax Funding, LLC

Case No. 15-16038-REF

In Re:

JUAN VALENCIA

Address  3060 Seisholtzville Road, Macungie, PA 18062

Last four digits of Social Security or Individual Tax-Payer
Identification Nos. (if any)
    xxx-xx-3420

Adv. No.

Hearing Date: 5/26/16

Judge: Hon. Richard E. Fehling

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

(Page 2)
Debtor: JUAN VALENCIA
Case No: 15-16038-REF
Caption:  Consent Order Resolving Creditor's Motion for Relief from the Automatic Stay

---

For good cause shown, it is ORDERED that the Motion for Stay Relief filed by Secured Creditor American Tax Funding, LLC is resolved by consent of the parties on the following conditions:

1.    The Motion for Relief from the Automatic Stay is resolved by the terms of this Order, however, the Debtor acknowledges the default in post-petition taxes and stipulates that cause existed for relief from the automatic stay.

2.    Debtor represents that the post-petition tax default has been partially cured with two payments of $1,293.35 which have been deposited by the Tax Collector, and that on May 20, 2016 he sent payment to cure the remaining balance of the post-petition tax default.  This remaining balance payment is expected to clear by June 7, 2016.

3.    Debtor shall remain current in all post-petition taxes and municipal charges, trustee payments, and other payments required by the Plan and the Bankruptcy Code.

4.    If Debtor fails to make the payments specified herein, or if Debtor fails to remain current in post-petition taxes within thirty (30) of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the collateral by filing with the Bankruptcy Court a certification specifying the Debtor's failure to comply with the terms of this Order.  At the time the certification is filed with the Court, a copy of the certification shall be sent to Debtor via certified mail, return receipt requested, and via regular mail, and the Chapter 13 Trustee, and the Debtor's attorney shall be served via ECF.

I/we consent to the form and entry of this Order.


/s/ Adam D. Greenberg
Adam D. Greenberg, Esq.
Attorney for American Tax Funding, LLC

Juan Valencia, Pro Se Debtor


By:
Chapter 13 Trustee    5/25/16.

END OF ORDER.